[Civil No. 728.]

MARK D. ROCHFORD et al., Appellants, v. MORGAN J. JONES et al., Appellees.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Mohave. R. E. Sloan, Judge.

J. M. Murphy, and W. E. F. Deal, for Appellants.

C. N. Sterry, and E. E. Ellinwood, for Appellees.

March 27, 1900. Dismissed.

---

[Criminal No. 136.]

JUAN SOTO et al., Defendants and Appellants, v. TERRITORY OF ARIZONA, Plaintiff and Respondent.

APPEAL from a judgment of the District Court of the First Judicial District in and for the County of Cochise. George R. Davis, Judge.

S. A. D. Upton, and George W. Swain, for Appellants.

C. F. Ainsworth, Attorney-General, for Respondent.

March 28, 1900.

PER CURIAM.—The appellants, Juan Soto and Louis Valenzuela were, at the November, 1898, term of the district court in and for Cochise County, indicted, tried, convicted, and sentenced to life imprisonment for the crime of murder in the first degree. The transcript in this case consists of the indictment, minute entries of the trial, the instructions given by the court, and the judgment. There is no bill of exceptions or statement of facts, nor have any briefs been filed in the case. We have examined the record as presented, and find no error therein, and the judgment is therefore affirmed.